JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHILUAN WANG,<br><br>    Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, ET AL.,<br><br>    Defendants. | No. 2:22-cv-06689-SPG-GJS<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL [ECF No. 11]** |

Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the action is hereby dismissed with prejudice in its entirety with each party bearing its own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: December 6, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1